UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUDONA MITCHELL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-04021** |
| | * | |
| **THE CITY OF NEW ORLEANS, ET AL** | * | **SECTION: "J"** |
| | * | |
| *   *   *   *   *   *   *   * | | **MAG. "4"** |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel comes Defendants, the City of New Orleans, Edwin P. Compass, and Anthony Cannatella, Jr. in the above referenced matter who hereby respectfully request leave of court to file a Reply Memorandum in Support of Defendants' Motion to Dismiss/Motion for Summary Judgment.  Plaintiffs asserted arguments in its Opposition that are contrary to the law, requested additional time to conduct discovery and objected to the evidence filed in support of Defendants' Motions. Defendants seek to file a reply memorandum to refute these arguments and supplement its motion with exhibits to support its position that no further discovery is necessary for the court to rule on its motions as extensive discovery has already been conducted in this litigation.

**WHEREFORE**, after due proceedings are had, Defendants pray that this Court will allow them leave to file a reply memorandum.

Respectfully Submitted,

*/s/Churita H. Hansell*
**CHURITA H. HANSELL**, LSB#25694
DEPUTY CITY ATTORNEY
1300 Perdido Street, Room 5E03
New Orleans, Louisiana 70112

Telephone:  (504) 658-9850
Fax: (504) 658-9868
chhansell@nola.gov
**E. PATRICK EAGAN, LSB# 34848**
ASSISTANT CITY ATTORNEY
**ISAKA R. WILLIAMS, LSB# 29704**
ASSISTANT CITY ATTORNEY
**CHERRELL R. SIMMS, LSB# 28227**
SR. CHIEF DEPUTY CITY ATTORNEY
**REBECCA H. DIETZ, LSB# 28842**
CITY ATTORNEY

and

*/s/Anthony Cannatella, Jr.*
_____
**Anthony Cannatella, Jr. in his capacity as the**
Administrator of the Succession of Anthony
Cannatella, Sr.
Pro Se
1258 Helios Ave.
Metairie, Louisiana 70005
Telephone:  (504)234-2557

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Leave to file Supplemental Memorandum, has been served upon counsel electronic filing this 20th day of March, 2016.

_____/s/Churita H. Hansell_____
**CHURITA H. HANSELL**