

EXHIBIT
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDONNA MITCHELL, ET AL | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 06-4021 |
| CITY OF NEW ORLEANS, ET AL | * | SECTION: "J" |
| | * | MAG: "4" |

\*   \*   \*   \*   \*   \*   \*   \*

### SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, CITY OF NEW ORLEANS

To:   Judonna Mitchell, et al
      Through her attorney of record
      Mary E. Howell
      316 S. Dorgenois Street
      New Orleans, LA 70119

**NOW COMES** defendant, City of New Orleans, who submits this Supplemental response to Plaintiffs' First Set of Request for Production of Documents as follows:

**REQUEST NO. 1:**

As to the incident involving Raymond Robair(deceased), please produce any and all documents including but not limited to the following:

1. Any and reports, including but not limited to incident, supplemental, supervisory, disciplinary, investigative reports, medical, notes, drafts, affidavits or other sworn or unsworn statements, preliminary reports, investigative files, CAD/Incident Recall, photographic lineups, photos of physical lineups, witness statements, use of force reports, FIC, etc.

**Response:**

Defendants assert all previous objections made to this request. However, subject to

and notwithstanding the objection, Defendants submit the following documents in response:

Exhibit 31, in globo – PIB investigative report of Melvin Williams and Matthew Moore by Sgt. Danny Wharton on July 2, 2008, relative to the investigation of the death of Raymond Robair;

Exhibit 32, in globo – termination letter to Matthew Moore by Supt. Ronal Serpas on March 28, 2012, and Notification of Suspension letters of Matthew Moore; and

Exhibit 33, in globo – termination letter to Melvin Williams by former Supt. Ronal Serpas on March 28, 2012, Notification of Suspension letters of Melvin Williams and PIB DI-1.

The City reserves the right to Amend and Supplement as new information becomes available and closer to trial.

3. Any and all documents, including but not limited to time logs, trip sheets, mileage reports, attendance logs, activity sheets, daily report sheets (daily's), communications, radio and dispatch calls, CAD, arrest and incident reports, FICs, etc. reflecting the activities and location of Anthony W. Cannatella, Sr. a/k/a Anthony Cannatella, Melvin Williams and Matthew Moore a/k/a Dean Moore from June 30, 2005 to August 30, 2005.

**Response:** Defendants assert all previous objections to this Request. However, Subject to and notwithstanding the objections, Defendants submit the following:

Exhibit 34 – 5 page Unit log for July 30, 2005.

12. Any and all documents relating to any internal investigation, criminal and/or administrative, by the NOPD, including but not limited to any such investigation involving PIB and/or OMI, regarding The Incident, including but not limited to reports, photographs, recordings, transcripts, etc.

Response: Defendants assert all previous objections to this Request. However,

Subject to and notwithstanding the objections, please see Exhibits 31-33 attached hereto.

Defendants reserve the right to amend and supplement responses as new information becomes available and closer to trial.

Respectfully Submitted,

/s/ Churita H. Hansell

**CHURITA H. HANSELL**, LSB#25694
DEPUTY CITY ATTORNEY
1300 Perdido St., Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504)658-9868
chhansell@nola.gov
**ISAKA R. WILLIAMS**, LSB#29704
ASSISTANT CITY ATTORNEY
**E. PATRICK EAGAN**, LSB#34848
ASSISTANT CITY ATTORNEY
**CHERRELL R. SIMMS**, LSB#28227
SR. CHIEF DEPUTY CITY ATTORNEY
**SHARONDA R. WILLIAMS**, LSB#28890
CITY ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Supplemental Responses have been served upon all counsel of record via electronic mail this 21st day of October, 2015.

/s/ Churita H. Hansell

**CHURITA H. HANSELL**