EXHIBIT
9 in globo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUDONNA MITCHELL, ET AL** * | CIVIL ACTION |
| **VERSUS** * | NUMBER: 06-4021 |
| **CITY OF NEW ORLEANS, ET AL** * | SECTION: "J" |
| * | MAG: "4" |

\* \* \* \* \* \* \* \*

**2nd SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, CITY OF NEW ORLEANS**

To: Judonna Mitchell, et al
Through her attorney of record
Mary E. Howell
316 S. Dorgenois Street
New Orleans, LA 70119

**NOW COMES** defendant, City of New Orleans, who submits this Supplemental response to Plaintiffs' First Set of Request for Production of Documents as follows:

**REQUEST NO. 1:**

As to the incident involving Raymond Robair(deceased), please produce any and all documents including but not limited to the following:

1. Any and reports, including but not limited to incident, supplemental, supervisory, disciplinary, investigative reports, medical, notes, drafts, affidavits or other sworn or unsworn statements, preliminary reports, investigative files, CAD/Incident Recall, photographic lineups, photos of physical lineups, witness statements, use of force reports, FIC, etc.

**Response:**

Defendants assert all previous objections made to this request. However, subject to

and notwithstanding the objection, Defendants submit the following documents to be added to Exhibit 1 in globo in response to this request:

> Incident Report of Melvin Williams and Matthew Moore documented under Item G-51128-05 (5pages); and
>
> Incident Report of John Parker documented under Item G-51253-05

The City reserves the right to Amend and Supplement as new information becomes available and closer to trial.

**REQUEST NO. 6**:

Any and all documents which identify those persons who were in the chain of command, up to and including the Superintendent of Police for the NOPD, for Matthew Dean Moore a/k/a Dean Moore on July 30, 2005.

**RESPONSE TO REQUEST NO. 6**:

Defendants assert all previous objections made to this request. However, subject to and notwithstanding the objection, please see the 2005 NOPD Organizational Chart attached hereto as Exhibit 35 in globo.

**REQUEST NO. 8**:

Any and all documents reflecting training, including the NOPD Training Academy, in-service and field training, assignments, shooting reviews, use of force reports, evaluations, promotions, applications for promotion and related testing, complaints, commendations or awards, civil service proceedings including appeals, counseling, DM-Is, discipline, complete Human Resources or personnel file, job descriptions and job responsibilities, and the conclusion of employment of defendants Edwin P. Compass, III a/k/a Eddie Compass, Anthony W. Cannatella, Sr. a/ka/a Anthony Cannatella, Melvin Williams and Matthew Dean Moore a/k/a

Dean Moore by the New Orleans Police Department, including but not limited to those documents created and/or maintained by personnel, human resources, payroll, the New Orleans Training Academy, the various districts, units, bureaus and task forces where these defendants were assigned and/or performed duties, PJB, IAD, and OMI.

**RESPONSE TO REQUEST NO. 8**:

Defendants assert its pervious objections and further object to any request for documents relating to Edwin P. Compass, III a/k/a Eddie Compass as he has asserted the defense of qualified immunity and any documents regarding his employment with NOPD is not likely to lead to the admissibility of any relevant evidence. Subject to and notwithstanding the objection, please see the following:

Personnel and training records of Melvin Williams to be attached to documents previously submitted in Exhibit 6; and

Personnel and training records of Matthew Dean Moore to be attached to documents previously submitted in Exhibit 7.

Defendants reserve the right to amend and supplement this response as new information becomes available and closer to trial.

Respectfully Submitted,

/s/ *Churita H. Hansell*

**CHURITA H. HANSELL, LSB#25694**
DEPUTY CITY ATTORNEY
1300 Perdido St., Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fax: (504)658-9868
chhansell@nola.gov
**ISAKA R. WILLIAMS**, LSB#29704
ASSISTANT CITY ATTORNEY
**E. PATRICK EAGAN**, LSB#34848

ASSISTANT CITY ATTORNEY
**CHERRELL R. SIMMS**, LSB#28227
SR. CHIEF DEPUTY CITY ATTORNEY
**SHARONDA R. WILLIAMS**, LSB#28890
CITY ATTORNEY

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Supplemental Responses have been served upon all counsel of record via electronic mail this 21st day of October, 2015.

/s/ Churita H. Hansell
_____
**CHURITA H. HANSELL**