EXHIBIT 11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDONA MITCHELL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-04021 |
| | * | |
| THE CITY OF NEW ORLEANS, ET AL | * | SECTION: "J" |
| | * | |
| *  *  *  *  *  *  *  * | | MAG. "4" |

### DECLARATION PURSUANT TO 28 U.S.C. Section 1746

1. My name is Churita H. Hansell. I am of the age of majority and competent to make this declaration. I have personal knowledge of all of the facts stated in this declaration.

2. I submitted responses to Plaintiffs, Requests for Admissions and Interrogatories and Requests for Production of Documents via electronic mail to Plaintiffs' counsel, Mary Howell and Maureen Jennings during the course of discovery in this litigation.

3. Through the course of discovery, I produced police reports relative to the investigation of the death of Raymond Robair, policies of the New Orleans Police Department, employment/personnel records of co-Defendants Matthew Moore and Melvin Williams, including disciplinary records and reports regarding investigations of Matthew Moore and Melvin Williams.

4. Exhibits 7, 8 and 9 reflect the City's Responses to Plaintiffs' Request for Production of Documents and describe those documents produced by the City to Plaintiffs' counsel via electronic mail.

5. Exhibit 10 reflects the Amended Requests for Admissions submitted to Plaintiffs from on behalf of the City of New Orleans.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2016.

_____
CHURITA H. HANSELL