UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDONA MITCHELL | * | CIVIL ACTION |
| VERSUS | * | NO. 06-04021 |
| THE CITY OF NEW ORLEANS, ET AL | * | SECTION: "J" |
| *   *   *   *   *   *   *   * | | MAG. "4" |

## AFFIDAVIT

**PARISH OF ORLEANS**

**STATE OF LOUISIANA**

    **BEFORE ME**, the undersigned Notary Public, personally came and appeared:

## BRIAN MONTEVERDE

who being of sound mind and the age of majority after being duly sworn attested to the following:

1. I am employed as a Lieutenant with the New Orleans Police Department ("NOPD") and have been so employed with NOPD for 34 years.

2. I am currently assigned to the Policy Standard Section.

3. My duties in the Policy Standard Section include researching, updating, modifying NOPD policies, as well as, assisting with the creation and drafting of new NOPD.

4. I have researched the following policies as it relates to this litigation: Use of Force, Chapter 1.2 (Exhibit 4 in globo) and Moral Conduct, Rule 2 (Exhibit 5 in globo).

5. Based upon my knowledge, information, belief and research, the above referenced policies attached to the Motion to Dismiss/Summary Judgment in the above referenced

case are a true and accurate reflection of the policies that were in effect and active on July 30, 2005.

_____<br>**LT. BRIAN MONTEVERDE**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 7th DAY OF March, 2016

_____
CHURITA H. HANSELL, LSB#25694
NOTARY PUBLIC
MY COMMISSION EXPIRES UPON MY DEATH