

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDONA MITCHELL | * | CIVIL ACTION |
| VERSUS | * | NO. 06-04021 |
| THE CITY OF NEW ORLEANS, ET AL | * | SECTION: "J" |
| * * * * * * * * | * | MAG. "4" |

### AFFIDAVIT

**PARISH OF ORLEANS**

**STATE OF LOUISIANA**

    **BEFORE ME**, the undersigned Notary Public, personally came and appeared:

### ARLINDA WESTBROOK

who after being duly sworn attested to the following:

1. I have been employed by the New Orleans Police Department ("NOPD") since 2010 as Deputy Chief of the Public Integrity Bureau ("PIB").

2. As Deputy Chief of PIB I authorize, supervise and make recommendations regarding investigations of police misconduct.

3. I have reviewed the Notification of Suspension of Matthew Moore and Melvin Williams documented under PIB Control Number 10-1065-R relative to the investigation of police misconduct conducted by Sgt. Daniel Wharton due to the criminal trial for the death of Raymond Robair.

4. I concurred with Sgt. Wharton's findings and recommendation of Sustained violations of Rule 2, Moral Conduct and Rule 2, Adherence to Law for Matthew Moore and Melvin

Williams as reflected in his report dated July 5, 2011 under PIB Control Number 10-1065-R.

5. I further authorized and signed the Notification of Suspension of Matthew Moore and Melvin Williams dated April 13, 2011 following their convictions based upon documents maintained in the regular course of business activities by PIB and attest based upon my personal knowledge.

6. I attest that the Notification of Suspensions attached to Sgt. Wharton's report under PIB Control Number 10-1065-R is a true and accurate reflection of my recommendation and signature.

_____
ARLINDA WESTBROOK

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 17th DAY OF March, 2016
_____
CHURITA H. HANSELL, LSB#25694
NOTARY PUBLIC
MY COMMISSION EXPIRES UPON MY DEATH