EXHIBIT 17

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDONA MITCHELL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-04021 |
| | * | |
| THE CITY OF NEW ORLEANS, ET AL | * | SECTION: "J" |
| | * | |
| *   *   *   *   *   *   *   * | | MAG. "4" |

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

### STEPHANIE LANDRY

who after being duly sworn attested to the following:

1. I am currently employed by the New Orleans Police Department ("NOPD") as a Fiscal Services Administrator.

2. From July 2010 to January 3, 2016, I was employed with NOPD as Deputy Chief of the Management Services Bureau of Police from July 2010 to January 3, 2016.

3. As Deputy Chief of the Management Services Bureau, I was the custodian of NOPD personnel records, and my duties included, but were not limited to the following: supervising employees, maintaining records of police officers and civilian employees pertaining to the hiring, resignation, termination, promotion and disciplinary actions of NOPD employees.

4. All personnel records/documents for officers and civilian employees are kept by NOPD in the regular course of business activities.

5. I have reviewed the personnel records of Matthew Moore, including Exhibit 2, the Exit Interview-Termination of Employment form of Matthew Moore.

6. Based upon my review of the Matthew Moore's personnel he began his employment with NOPD on December 26, 2004 and was terminated on March 27, 2012 due to misconduct.

7. I have reviewed the personnel records of Melvin Williams, including Exhibit 3, the Exit Interview-Termination of Employment form of Melvin Williams.

8. Based upon my review of Melvin Williams' personnel records he began his employment with NOPD on August 21, 1994 and was terminated for misconduct March 27, 2012.

9. I have reviewed the personnel records of Edwin P. Compass, including Exhibit 6, the Exit Interview-Termination form.

10. Based upon my review of Edwin P. Compass' personnel records he began his employment with NOPD on April 1, 1979 and retired on October 31, 2005.

11. I authorized and signed Compass' Exit Interview-Termination of Employment that is listed as Exhibit 6.

12. The records in Exhibit 2, 3 and 6 of the Motion to Dismiss/Motion Summary Judgment are records kept in the regular course of business activities of the NOPD.

13. I attest to the facts contained in these exhibits based upon my personal knowledge.

_____
STEPHANIE LANDRY

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 18th DAY OF March, 2016

_____
CHURITA H. HANSELL, LSB#25694
NOTARY PUBLIC
MY COMMISSION EXPIRES UPON MY DEATH