MINUTE ENTRY
ROBY, M. J.
July 12, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDONNA MITCHELL, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4021** |
| **CITY OF NEW ORLEANS, ET AL** | **SECTION: "J" (4)** |

A Settlement Conference was held on this date. Participating were: <u>Mary E. Howell and Maureen Blackburn Jennings</u> representing the plaintiffs, <u>Judonna Mitchell and LaShonda Saulsberry</u> the plaintiffs, <u>Deborah Majeeda Snead</u> as consultant for the plaintiffs, and <u>Churita H. Hansell and Rebecca H. Dietz</u> representing the defendants the City of New Orleans and Edwin P. Compass, III. Negotiations were successful and a settlement was reached with the plaintiffs and the defendants the City of New Orleans and Edwin P. Compass, III. The agreement was recorded by Court Reporter <u>Lanie Smith</u>, (504) 589-7782.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes **as between the aforementioned parties. This Minute Entry and the Order of Dismissal shall be placed under seal pending the resolution of other matters.**

Settlement negotiations with the plaintiffs and the defendants Melvin Williams, Matthew Dean Moore, and Anthony W. Cannatella, Jr., remain pending.

**CLERK TO NOTIFY:**
**Judge Carl J. Barbier**
<u>**Copies of Minute Entry via email to attorneys:**</u>
**Mary E. Howell**
**Maureen Blackburn Jennings**
**Churita H. Hansell**
<u>**Copies of Transcript to attorney:**</u>
**Maureen Blackburn Jennings**

**MJSTAR: 04:07**